# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

WALTER EDWARD JOHNSON, JR.

NO. 2020 KW 0406

**AUGUST 03, 2020**

---

In Re: Walter Edward Johnson, Jr., applying for supervisory writs, 20th Judicial District Court, Parish of West Feliciana, No. 20-WCR-137.

---

**BEFORE: HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**

> **TMH**
> **AHP**
> **WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT